UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. COHN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CLEARLAKE, et al.,<br><br>        Defendants. | Case No.  24-cv-07645-JSW<br><br>**ORDER TO SHOW CAUSE RE UNOPPOSED MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 14, 15 |

Plaintiff, George R. Cohn, appearing *pro se* in this matter, has failed to oppose the pending motion to strike and for a more definite statement filed by the Clearlake Defendants (Dkt. No. 14) and the motion to dismiss filed by County of Lake Defendant (Dkt. No. 15).

Accordingly, the Court issues this order to show cause why the matter should not be dismissed for failure to prosecute. Plaintiff shall respond in writing to this order by no later than January 31, 2025, to show cause why the motions should not be granted as unopposed. If Plaintiff seeks to file belated oppositions, he must show good cause for vacating the deadline and submit proposed oppositions with that request. If the court finds good cause it will set a deadline to reply. The Court vacates the hearing currently set for January 17, 2025, to be reset, if necessary, by a subsequent order.

**IT IS SO ORDERED.**

Dated: January 13, 2025

*(signature)*
JEFFREY S. WHITE
United States District Judge