UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE R. COHN,

    Plaintiff,

v.

CITY OF CLEARLAKE, et al.,

    Defendants.

Case No. 24-cv-07645-JSW

**ORDER OF DISMISSAL**

Re: Dkt. No. 17

Plaintiff, George R. Cohn, appearing *pro se* in this matter, has failed to oppose a motion to strike and for a more definite statement filed by the Clearlake Defendants (Dkt. No. 14) and the motion to dismiss filed by County of Lake Defendant (Dkt. No. 15). Accordingly, on January 13, 2025, this Court issued an order to show cause why the matter should not be dismissed for failure to prosecute and required a written response from Plaintiff by no later than January 31, 2025. (Dkt. No. 17.) Plaintiff has failed to oppose the pending motions and has not responded to the Court's order to show cause. Accordingly, this matter is DISMISSED for failure to prosecute. The Clerk shall enter a separate judgment and close the case.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
JEFFREY S. WHITE
United States District Judge